Charles M. Lizza
William C. Baton
Saul Ewing LLP
The Legal Center
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Jazz Pharmaceuticals, Inc.*

Mark S. Olinsky
Theodora McCormick
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

*Attorneys for Defendant*
*Roxane Laboratories, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 11-660 (SDW)(MCA) <br><br> Hon. Susan D Wigenton, U.S.D.J. <br> Hon. Madeline C. Arleo, U.S.M.J. <br><br> **JOINT REQUEST AND ORDER FOR CONSOLIDATION WITH CIVIL ACTION No. 10-6108** <br><br> (Filed Electronically) |

WHEREAS, Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz Pharmaceuticals") initiated this action, Civil Action No. 11-660 (SDW)(MCA), alleging infringement of United States Patent Nos. 7,851,506 and 6,472,431 by Defendant Roxane Laboratories, Inc.'s ("Roxane") submission of Abbreviated New Drug Application No. 202-090 to the U.S. Food and Drug Administration for approval to market a 500 mg/ml sodium oxybate oral solution;

WHEREAS, this cause of action is substantially similar to the litigation initiated by Jazz Pharmaceuticals captioned *Jazz Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.*, Civil Action No. 10-6108 (SDW)(MCA), which is also before this Court and concerns United States Patent Nos. 6,780,889, 7,262,219, 7,668,730, 7,765,106, and 7,765,107;

WHEREAS, the parties in this action and Civil Action No. 10-6108 are the same, and the parties have agreed to the consolidation of these actions;

WHEREAS, good cause exists to consolidate this action with Civil Action No. 10-6108;

WHEREFORE, Jazz Pharmaceuticals and Roxane, by their attorneys, respectfully request that this Court consolidate this action, Civil Action No. 11-660, with Civil Action No. 10-6108 and that all of the papers be maintained in Civil Action No. 10-6108.

Dated: April 5, 2011

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: s/ Charles M. Lizza<br>Charles M. Lizza<br>William C. Baton<br>Saul Ewing LLP<br>The Legal Center<br>One Riverfront Plaza, Suite 1520<br>Newark, New Jersey 07102-5426<br>(973) 286-6700<br>clizza@saul.com | By: s/ Mark S. Olinsky<br>Mark S. Olinsky<br>Theodora McCormick<br>Sills Cummis & Gross P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>molinsky@sillscummis.com |
| OF COUNSEL:<br><br>F. Dominic Cerrito<br>Daniel L. Malone<br>Jones Day<br>222 East 41st Street<br>New York, New York  10017-6702<br>(212) 326-3939<br><br>Richard G. Greco<br>Richard G. Greco PC<br>90 State Street, Suite 700<br>Albany, New York  12207<br>(212) 203-7625<br><br>*Attorneys for Plaintiff*<br>*Jazz Pharmaceuticals, Inc.* | Alan B. Clement<br>Andrea L. Wayda<br>Peter H. Noh<br>Locke Lord Bissell & Liddell LLP<br>3 World Financial Center<br>New York, New York 10281<br>(212) 415-8600<br><br>Scott B. Feder<br>Myoka Kim Goodin<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, Illinois  60622<br>(312) 443-0700<br><br>*Attorneys for Defendant*<br>*Roxane Laboratories, Inc.* |

SO ORDERED:

Dated: 6 april 11

_____
HONORABLE MADELINE C. ARLEO
UNITED STATES MAGISTRATE JUDGE