

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

May 23, 2011

**VIA ECF AND FACSIMILE**

The Honorable Madeline C. Arleo, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07101

        Re:    *Jazz Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.*
                Civil Action No. 10-6108 (SDW) (MCA)

Dear Judge Arleo:

      This firm, together with Jones Day and Richard G. Greco PC, represents Plaintiff Jazz Pharmaceuticals, Inc. in the above-referenced matter.

      In accordance with my telephone conversation with Your Honor's law clerk this afternoon, this will confirm that, in light of the Court's adjournment of our previously scheduled in-person conference of last Friday to June 6, Your Honor will take up the issue raised in my letter of May 16 regarding the timing of Plaintiff's infringement contentions on June 6. In the interim, the date for Plaintiff's infringement contentions is adjourned from June 1 to June 6, at which time the Court will address this issue. Meanwhile, Defendant is welcome to address this issue by letter to the Court.

Respectfully yours,

Charles M. Lizza

CML:ab

cc:    All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800
Stephen B. Genzer - Newark Managing Partner

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP