United States District Court
for the District of New Jersey

_____

**JAZZ PHARMACEUTICALS, INC., ET AL.,**

    Plaintiff

vs.

**ROXANE LABORATORIES, INC., ET AL.,**

    Defendant

_____

Civil Action No. 10-6108

Order of Reassignment

It is on this 27th day of June 2011,

O R D E R E D that the entitled action is reassigned from Judge Susan D. Wigenton to Judge Esther Salas.

                                     S/Garrett E. Brown, Jr.
                                     Garrett E. Brown, Jr., Chief Judge
                                     United States District Court