**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

September 7, 2012

**LETTER ORDER**

  Re: **Jazz Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.**
     **Civil Action No. 10-6108 (ES)**

Dear Counsel:

  Please be advised that a telephone conference has been set for **September 24, 2012 at 3:30 p.m.** Counsel for the Plaintiff shall initiate the call. If you have any questions, please call chambers at (973) 297-4887.

  **SO ORDERED.**

               *s/Esther Salas*
               **Esther Salas, U.S.D.J.**