# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>ESTHER SALAS<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

September 24, 2012

**LETTER ORDER**

    **Re:**    *Jazz Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.*
              **Civil Action No. 10-6108 (ES)**

Dear Counsel:

    The Court is in receipt of Plaintiff's request to strike Defendant's Notice of Supplemental Evidence in Support of its Claim Constructions (Docket Entry No. 148) filed after the parties completed the *Markman* briefing. The Court notes that it did not consider the submission in its opinion so Plaintiff's request is moot.

    **SO ORDERED**.

                                          *s/Esther Salas*
                                          **Esther Salas, U.S.D.J.**