

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

October 16, 2012

**VIA ECF & FEDEX**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse, Room 4C
50 Walnut Street
Newark, New Jersey  07102

      Re:   *Jazz Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.*
             Civil Action No. 10-6108 (ES)(CLW)

Dear Judge Waldor:

      This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Richard G. Greco PC, represents plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") in the above-captioned action.  We write to withdraw Jazz's request to disqualify Dr. Neil T. Feldman from serving as an expert for defendant Roxane Laboratories, Inc. ("Roxane") in this case (D.I. 158 & 159).  After Jazz filed its request, Roxane represented in writing to Jazz that it will not use Dr. Feldman as a testifying expert, non-testifying expert, or consultant relating to this litigation.  Based upon those representations, Jazz hereby withdraws its request as moot.

      Thank you for Your Honor's kind attention to this matter.

                                  Respectfully yours,

                                  Charles M. Lizza

cc: All counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800
Stephen B. Genzer - Newark Managing Partner

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP