

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

November 12, 2012

**VIA ECF & FEDEX**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Jazz Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.*
              Civil Action No. 10-6108 (ES)(CLW)

Dear Judge Waldor:

This firm, together with Quinn Emanuel Urquhart & Sullivan and Richard G. Greco PC, represents Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") in the above-referenced matter. We submit this letter jointly with counsel for Defendant Roxane Laboratories, Inc. ("Roxane") to request a brief extension of the deadlines for Jazz's opposition and Roxane's reply relating to Roxane's request for leave to amend its invalidity and noninfringement contentions. D.I. 177.

Pursuant to the Scheduling Order entered by Judge Salas on October 15, 2012 (D.I. 166), Roxane was to have filed its request for leave to amend its contentions by October 30, 2012. Jazz's opposition would have been due on November 13 and Roxane's reply would be due on November 21. In light of Hurricane Sandy and the resulting closure of the District Court and counsel offices, Roxane did not file its request until November 5, 2012. Accordingly, the parties respectfully request an extension of time to November 19 for Jazz to file its opposition and to November 29 for Roxane to file its reply. If this request meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

We thank Your Honor for your kind attention to this matter.

Respectfully yours,                          Respectfully yours,

 s/ Theodora McCormick              s/ Charles M. Lizza
Theodora McCormick                   Charles M. Lizza
On behalf of Roxane Laboratories, Inc.     On behalf of Jazz Pharmaceuticals, Inc.

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800
Stephen B. Genzer - Newark Managing Partner

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Cathy L. Waldor, U.S.M.J.
November 12, 2012
Page 2

cc:     All Counsel (via e-mail)

**SO ORDERED:**

_____
Hon. Cathy L. Waldor, U.S.M.J.

03387.62493/5048681.1