Mark S. Olinsky
Theodora McCormick
Brian N. Biglin
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone:  (973) 643-7000
Facsimile:  (973) 643-6500
*Attorneys for Defendant Roxane Laboratories, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 2:10-cv-06108 (ES)(CLW) <br><br> **NOTICE OF MOTION TO FILE RESPONSE TO PLAINTIFF'S SURREPLY TO ROXANE'S REPLY LETTER BRIEF IN SUPPORT OF MOTION FOR RULE TO SHOW CAUSE UNDER SEAL** |

PLEASE TAKE NOTICE that on December 17, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant Roxane Laboratories, Inc. ("Roxane") will move for an Order to file its response to Plaintiff's improper surreply to Roxane's Reply Letter Brief in Support of Motion for Rule to Show Cause under seal.

PLEASE TAKE FURTHER NOTICE that Roxane upon the Memorandum submitted with this Motion to File Reply Letter Brief in Support of Motion for Rule to Show Cause Under Seal and upon all pleadings and proceedings on file herein.

PLEASE TAKE FURTHER NOTICE that a Certificate of Service and a Proposed Order granting this Motion are attached.

Respectfully submitted this 14th day of November, 2012.

By: s/ Theodora McCormick
Mark S. Olinsky
Theodora McCormick
Brian N. Biglin
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

Alan B. Clement
Andrea L. Wayda
Peter H. Noh
Locke Lord LLP
3 World Financial Center
New York, New York 10281
(212) 415-8600

Scott B. Feder
Myoka Kim Goodin
David B. Abramowitz
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606
(312) 443-0700

*Attorneys for Defendant*
*Roxane Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2012, I electronically filed the foregoing NOTICE OF MOTION TO FILE RESPONSE TO PLAINTIFF'S SURREPLY TO ROXANE'S REPLY LETTER BRIEF IN SUPPORT OF MOTION FOR RULE TO SHOW CAUSE UNDER SEAL, together with the memorandum of law in support thereof and a proposed form of order, with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served the parties who receive notice of the filing via the Court's CM/ECF system.

/s/ Theodora McCormick
Theodora McCormick
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000