Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza
Newark, New Jersey 07102-5490
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Jazz Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROXANE LABORATORIES, INC.,<br><br>　　　　　Defendant. | Civil Action No. 10-6108 (ES)(JAD)<br><br>NOTICE OF MOTION<br><br>Motion Return Date:<br>January 6, 2014<br><br>(Filed Electronically) |

**TO:**　Mark S. Olinsky
　　　　Theodora McCormick
　　　　Amy M. Handler
　　　　Sills Cummis & Gross P.C.
　　　　One Riverfront Plaza
　　　　Newark, NJ 07102

　　　　*Attorneys for Defendant*
　　　　*Roxane Laboratories, Inc.*

**PLEASE TAKE NOTICE** that on Monday, January 6, 2014 at 9:30 a.m., Plaintiff Jazz

Pharmaceuticals, Inc. ("Jazz"), by and through its attorneys, Saul Ewing LLP, Quinn Emanuel

Urquhart & Sullivan, LLP and Richard G. Greco PC, shall move before this Court for an Order

granting Jazz's Motion to Bifurcate Claims Relating to the '730 Patent Family; and

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the annexed

Memorandum in Support of Plaintiff's Motion and the Declaration of Gabriel P. Brier (with exhibits).  A proposed form of Order is also annexed hereto.

       **PLEASE TAKE FURTHER NOTICE** that, if opposition is presented, Jazz requests oral argument.

Dated:  December 3, 2013      By:    s/ Charles M. Lizza

    Charles M. Lizza
    William C. Baton
    SAUL EWING LLP
    One Riverfront Plaza
    Newark, New Jersey 07102-5490
    (973) 286-6700
    clizza@saul.com

    OF COUNSEL:
    F. Dominic Cerrito
    Eric C. Stops
    Gabriel P. Brier
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
    New York, NY  10010
    (212) 849-7000

    Richard G. Greco
    RICHARD G. GRECO PC
    90 State Street, Suite 700
    Albany, New York  12207
    (212) 203-7625

    *Attorneys for Plaintiff*
    *Jazz Pharmaceuticals, Inc.*